IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CLAYTON E. SMITH                                                                PLAINTIFF

        v.                         Civil No. 06-5122

WASHINGTON COUNTY DETENTIION CENTER
and J. BROTHERTON, Detention Officer                                          DEFENDANTS

**O R D E R**

Plaintiff has submitted for filing in this district a civil rights complaint pursuant to 42

U.S.C. § 1983.  We find the complaint should be provisionally filed prior to a determination

regarding plaintiff's status as a pauper and service of process.  The United States District Clerk is

hereby directed to file the complaint.

Plaintiff's in forma pauperis application has been returned without filing and plaintiff is

given up to and including July 28, 2006, in which to have the certificate portion of the application

completed by detention center personnel regarding plaintiff's inmate account.  The application

should be returned to the undersigned for review and filing.  **Should plaintiff fail to return the**

**application within the required period of time or complete the application as directed, his**

**complaint will become subject to summary dismissal for failure to obey a court order.**

IT IS SO ORDERED this 28th day of June 2006.

*Beverly Stites Jones*
_____
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE
U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUN 29 2006

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK