**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**CLAYTON E. SMITH**                                                         **PLAINTIFF**

**v.**                          **Civil No. 06-5122**

**WASHINGTON COUNTY DETENTION CENTER
and J. BROTHERTON, Detention Officer**              **DEFENDANT**

**O R D E R**

Now on this 5th day of September, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #4), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, this case is hereby **dismissed for failure to prosecute this action or obey an order of the court.**

**IT IS SO ORDERED.**

                                                       **/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**